

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| BANK OF NEW YORK f/k/a THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWABS, INC. ASSET BACKED CERTIFICATES, SERIES 2005-9, <br><br> Appellant, <br><br> v. <br><br> CHESAPEAKE 34771 LAND TRUST, <br><br> Appellee. | § § § § § § § § § § | No. 08-13-00252-CV <br><br> Appeal from the <br><br> 367th Judicial District Court <br><br> of Denton County, Texas <br><br> (TC# 2012-50971-367) |

## J U D G M E N T

The Court has considered this cause on the record and concludes there was error in the judgment. We therefore reverse the judgment of the court below and remand the cause for further proceedings, in accordance with this Court's opinion. We further order that Appellant recover from Appellee all costs of this appeal, for which let execution issue. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 16TH DAY OF JANUARY, 2015.

YVONNE T. RODRIGUEZ, Justice

Before McClure, C.J., Rodriguez, J., and Larsen, Senior Judge
Larsen, Senior Judge, Sitting by Assignment